IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHNNY B. MOORE, ) | |
| ) | |
| Plaintiff, ) | Judge Gary Feinerman |
| ) | |
| vs. ) | No. 16-cv-05579 |
| ) | |
| CITY OF CHICAGO, NICK ZATTAIR, ) | |
| Star No. 14902, CHRISTA BARTON, ) | |
| Star No. 13036, and TIMOTHY HAYES, ) | |
| Star No. 7308, ) | |
| ) | |
| Defendants. ) | |

## **STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Dated: May 17, 2017

/s/Mark Lavery_____
Mark Lavery
332 S. Michigan, 9th Floor
Chicago, IL 60604
(312) 792-9533
mark@lifetimedebtsolutions.com
*Attorney for Plaintiff*

/s/James V. Daffada_____
James V. Daffada
Special Assistant Corporation Counsel
Leinenweber Baroni & Daffada, LLC
120 N, LaSalle Street, Suite 2000
Chicago, Illinois 60602
(847) 251-4091
jim@ilesq.com
*Attorney for Defendants Nick Zattair,
Christa Barton, and Timothy Hayes*

/s/Mary McDonald_____
Mary McDonald

City of Chicago Law Department
Federal Civil Rights Litigation
30 N. LaSalle St., Ste. 900
Chicago, IL 60602
(312) 742-0234
Mary.McDonald@cityofchicago.org
*Attorneys for Defendant City of Chicago*